# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                                §
                                      §
DUPOR, ALEKSANDAR                     §    Case No. 12-20780
                                      §
                                      §
        Debtor(s)                     §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/04/2013 and the deadline for filing governmental claims was 04/04/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,350.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,350.00 , for a total compensation of $ 1,350.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 61.04 , for total expenses of $ 61.04 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/05/2014           By: _____
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 12-20780  ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | DUPOR, ALEKSANDAR | Date Filed (f) or Converted (c): | 05/22/12 (f) |
|  |  | 341(a) Meeting Date: | 06/15/12 |
| For Period Ending: | 11/03/14 | Claims Bar Date: | 04/04/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 5691 Steeple Pointe, Gurnee IL 60031 Pur | 375,000.00 | 0.00 |  | 0.00 | FA |
| 2. Baytree Financial - Business Account | 3,000.00 | 0.00 |  | 0.00 | FA |
| 3. Baytree Financial - Personal Checking Account | 300.00 | 0.00 |  | 0.00 | FA |
| 4. Furnishings and Appliances | 1,500.00 | 0.00 |  | 0.00 | FA |
| 5. DVDs, CDs, Books, Personal Pictures | 50.00 | 0.00 |  | 0.00 | FA |
| 6. Clothes and Shoes | 100.00 | 0.00 |  | 0.00 | FA |
| 7. Wedding Band | 300.00 | 0.00 |  | 0.00 | FA |
| 8. Misc Sports Equipment | 50.00 | 0.00 |  | 0.00 | FA |
| 9. 529 Plan for Minors | 5,000.00 | 0.00 |  | 0.00 | FA |
| 10. 50% Ownership in D & D Auto Resort Properties, LLC | 1,000.00 | 0.00 |  | 0.00 | FA |
| 11. Alek's Restaurant - Lake Bluff - 50% Interest | 1,000.00 | 0.00 |  | 0.00 | FA |
| 12. Lawsuit - Complaintant in 10 CH 3037, Defendant i | 800,000.00 | 0.00 |  | 6,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $1,187,300.00 | $0.00 |  | $6,000.00 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS INVESTIGATING VALUE OF DEBTORS BUSINESS AND POTENTIAL COUNTERCLAIM.  HIS WIFE HAS FILED A COMPANION CASE.
TRUSTEE IS NEGOTIATING FOR PURCHASE OF TRUSTEES RIGHT, TITLE AND INTEREST IN ASSETS.  TRUSTEE HAS FILED MOTION TO
APPROVE SALE OF ASSETS TO THIRD PARTY.  SALE HAS BEEN APPROVED AND FUNDS PAID.  TRUSTEE WILL FILE HIS TFR BY 6/30/14 -
TRUSTEE HAS PREPARED AND SUBMITTED HIS TFR AND NFR TO THE UST FOR REVIEW - Nov. 5, 2014.

Initial Projected Date of Final Report (TFR): 05/31/14     Current Projected Date of Final Report (TFR): 06/30/14

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-20780 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | DUPOR, ALEKSANDAR | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2283 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4840 | | |
| For Period Ending: | 11/03/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/21/12 | 12 | Christian & Twyla Khayat | Sale proceeds | 1129-000 | 6,000.00 | | 6,000.00 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.23 | 5,998.77 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.82 | 5,994.95 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,984.95 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 6.30 | 5,978.65 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,968.65 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,958.65 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,948.65 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,938.65 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,928.65 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,918.65 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,908.65 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,898.65 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,888.65 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,878.65 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,868.65 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,858.65 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,848.65 |
| 04/05/14 | 300002 | INTERNATIONAL SURETIES, LTD. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 8.50 | 5,840.15 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,830.15 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,820.15 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,810.15 |

Page Subtotals    6,000.00    189.85

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-20780 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | DUPOR, ALEKSANDAR | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2283 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4840 | | |
| For Period Ending: | 11/03/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,800.15 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,790.15 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 6,000.00 | 209.85 | 5,790.15 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 6,000.00 | 209.85 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 6,000.00 | 209.85 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********2283 | 6,000.00 | 209.85 | 5,790.15 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 6,000.00 | 209.85 | 5,790.15 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 20.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 29, 2014 |

Case Number:  12-20780  
Debtor Name:  DUPOR, ALEKSANDAR

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $1,646.25 | $1,646.25 |
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $1,411.04 | $1,411.04 |
| 000009A<br>999<br>2820-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Administrative | | $0.00 | $72.00 | $72.00 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $14.80 | $14.80 |
| 000002<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $11,007.78 | $11,007.78 |
| 000003<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $12,857.93 | $12,857.93 |
| 000004<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $5,453.38 | $5,453.38 |
| 000005<br>070<br>7100-00 | Sysco Chicago, Inc.<br>c/o Teller, Levit & Silvertrust<br>19 S. LaSalle - Suite 701<br>Chicago, Illinois 60603 | Unsecured | | $0.00 | $17,008.49 | $17,008.49 |
| 000006<br>070<br>7100-00 | Foreman Friedman PC<br>Brian s Feldman, Foreman Friedman,<br>PA<br>500 Skokie Blvd Ste 325<br>Northbrook, IL 60062 | Unsecured | | $0.00 | $16,322.78 | $16,322.78 |
| 000007<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | | $0.00 | $13,219.95 | $13,219.95 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 29, 2014 |
|---|---|---|---|---|---|---|

Case Number: 12-20780
Debtor Name: DUPOR, ALEKSANDAR

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000008<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | | $0.00 | $3,253.46 | $3,253.46 |
| 000009B<br>070<br>7100-00 | Illinois Dept. of Revenue<br>Bankruptcy Section<br>P. O. Box 64338<br>Chicago, IL 60664-0338 | Unsecured | | $0.00 | $652.09 | $652.09 |
| 000010<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $10,318.88 | $10,318.88 |
| 000011<br>070<br>7100-00 | Christian Khaya & Twyla Khayat<br>Churchill, Quinn, Richtman and<br>Hamilton<br>Pob 284<br>Grayslake IL 60030 | Unsecured | | $0.00 | $4,934.18 | $4,934.18 |
| 000001<br>050<br>4110-00 | Norstates Bank<br>c/o David P Vallas<br>Polsinelli Shughart PC<br>161 N Clark St., Ste 4200<br>Chicago IL 60603 | Secured | | $0.00 | $1,350,089.16 | $1,350,089.16 |
| | Case Totals: | | | $0.00 | $1,448,262.17 | $1,448,262.17 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-20780
Case Name: DUPOR, ALEKSANDAR
Trustee Name: JOSEPH E. COHEN

Balance on hand $ _____

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | Norstates Bank c/o David P Vallas Polsinelli Shughart PC 161 N Clark St., Ste 4200 Chicago IL 60603 | $ | $ | $ | $ |

Total to be paid to secured creditors $ _____

Remaining Balance $ _____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Trustee Expenses: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |
| Other: Illinois Department of Revenue | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $ _____

Remaining Balance $ _____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $     must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $     have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ | $ | $ |
| 000003 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | $ | $ | $ |
| 000005 | Sysco Chicago, Inc. c/o Teller, Levit & Silvertrust 19 S. LaSalle - Suite 701 Chicago, Illinois 60603 | $ | $ | $ |
| 000006 | Foreman Friedman PC Brian s Feldman, Foreman Friedman, PA 500 Skokie Blvd Ste 325 Northbrook, IL 60062 | $ | $ | $ |
| 000007 | FIA CARD SERVICES, N.A. 4161 Piedmont Parkway NC4 105 03 14 Greensboro, NC 27410 | $ | $ | $ |
| 000008 | FIA CARD SERVICES, N.A. 4161 Piedmont Parkway NC4 105 03 14 Greensboro, NC 27410 | $ | $ | $ |
| 000010 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ | $ | $ |
| 000011 | Christian Khaya & Twyla Khayat Churchill, Quinn, Richtman and Hamilton Pob 284 Grayslake IL 60030 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009B | Illinois Dept. of Revenue<br>Bankruptcy Section<br>P. O. Box 64338<br>Chicago, IL 60664-0338 | $ | $ | $ |

Total to be paid to timely general unsecured creditors           $_____

Remaining Balance                                                $_____

    Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE