# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DUPOR, ALEKSANDAR | § | Case No. 12-20780 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   CLERK OF BANKRUPTCY COURT
   219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 01/09/2015 in Courtroom ,
   North Branch Court
   1792 Nicole Lane
   Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: _____
                                         Clerk, U.S. Bankruptcy Court

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
DUPOR, ALEKSANDAR § Case No. 12-20780
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 6,000.00 |
| and approved disbursements of | $ | 209.85 |
| leaving a balance on hand of[1] | $ | 5,790.15 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | Norstates Bank c/o David P Vallas Polsinelli Shughart PC 161 N Clark St., Ste 4200 Chicago IL 60603 | $ 1,350,089.16 | $ 1,350,089.16 | $ 0.00 | $ 2,660.86 |
| | Total to be paid to secured creditors | | | $ | 2,660.86 |
| | Remaining Balance | | | $ | 3,129.29 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 1,350.00 | $ 0.00 | $ 1,350.00 |
| Trustee Expenses: JOSEPH E. COHEN | $ 61.04 | $ 0.00 | $ 61.04 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys | $ 1,646.25 | $ 0.00 | $ 1,646.25 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 14.80 | $ 14.80 | $ 0.00 |
| Other: Illinois Department of Revenue | $ 72.00 | $ 0.00 | $ 72.00 |

Total to be paid for chapter 7 administrative expenses     $     3,129.29

Remaining Balance     $     0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 95,028.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 11,007.78 | $ 0.00 | $ 0.00 |
| 000003 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 12,857.93 | $ 0.00 | $ 0.00 |
| 000004 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 5,453.38 | $ 0.00 | $ 0.00 |
| 000005 | Sysco Chicago, Inc.<br>c/o Teller, Levit & Silvertrust<br>19 S. LaSalle - Suite 701<br>Chicago, Illinois 60603 | $ 17,008.49 | $ 0.00 | $ 0.00 |
| 000006 | Foreman Friedman PC<br>Brian s Feldman,<br>Foreman Friedman, PA<br>500 Skokie Blvd Ste 325<br>Northbrook, IL 60062 | $ 16,322.78 | $ 0.00 | $ 0.00 |
| 000007 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | $ 13,219.95 | $ 0.00 | $ 0.00 |
| 000008 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | $ 3,253.46 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 10,318.88 | $ 0.00 | $ 0.00 |
| 000011 | Christian Khaya &<br>Twyla Khayat<br>Churchill, Quinn,<br>Richtman and Hamilton<br>Pob 284<br>Grayslake IL 60030 | $ 4,934.18 | $ 0.00 | $ 0.00 |
| 000009B | Illinois Dept. of Revenue<br>Bankruptcy Section<br>P. O. Box 64338<br>Chicago, IL 60664-0338 | $ 652.09 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                                    Case No. 12-20780-ABG
Aleksandar Dupor                                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dwilliams              Page 1 of 2              Date Rcvd: Dec 31, 2014
                              Form ID: pdf006              Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 02, 2015.
db             #+Aleksandar Dupor,    5691 Steeple Pointe,    Gurnee, IL 60031-1084
aty             +Gina B. Krol,    Cohen and Krol,    105 W Madison St, Suite 1100,    Chicago, IL 60602-4600
18939950        +American Express,    American Express Special Research,    Po Box 981540,
                  El Paso, TX 79998-1540
20103496         American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18939951         Bank Of America,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
18939955       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court:   Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,
                  Kansas City, MO 64195)
18939952        +Chase,    201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
18939953        +Christian Khaya & Twyla Khayat,    Churchill, Quinn, Richtman and Hamilton,    Pob 284,
                  Grayslake IL 60030-0284
18939954        +Churchill, Quinn, Richtman,    2 S. Whitney,    PO Box 284,    Grayslake, IL 60030-0284
18939956        +Cohen & Krol,    Trustee Joseph Cohen,    105 W Madison St Ste #1100,    Chicago, IL 60602-4600
18939957        +D and D Auto Resort Properties LLC,    525 Rockland Rd,    Lake Bluff, IL 60044-1778
19981905         FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
18939959        +Firstar/US Bank,    Us Bank Bankruptcy Dept,    Po Box 5229,    Cincinnati, OH 45201-5229
18939960        +Foreman Friedman PC,    Brian s Feldman, Foreman Friedman, PA,    500 Skokie Blvd Ste 325,
                  Northbrook, IL 60062-2887
18939961        +Holland & Knight LLP,    131 S Dearborn,    30th Floor,    Chicago, IL 60603-5550
18939962        +Hyundai Motor Finance,    Attn: Bankruptcy,    Po Box 20809,    Fountain Valley, CA 92728-0809
18939963       ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                  CHICAGO IL 60664-0338
                 (address filed with court:   Illinois Department of Revenue,    Bankruptcy Section,
                  Level 7-425 100 W. Randolph St.,    Chicago, IL 60601)
20071856         Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
                  Chicago, Illinois 60664-0338
18939964        +Kenneth H Johnson,    Atty at Law,    566 W Lake Ste 310,    Chicago, IL 60661-1476
18939966        +Martha Tickes,    33661 N Royal Oak Ln Apt 208,    Grayslake, IL 60030-2810
18939967        +Norstates Bank,    c/o David P Vallas,    Polsinelli Shughart PC,    161 N Clark St., Ste 4200,
                  Chicago IL 60601-3316
19920029        +Sysco Chicago, Inc.,    c/o Teller, Levit & Silvertrust,    19 S. LaSalle - Suite 701,
                  Chicago, Illinois 60603-1431
18939968        +Wells Fargo Bank Nv Na,    PO Box 31557,    Billings, MT 59107-1557
18939969        +Wells Fargo Hm Mortgag,    Po Box 10335,    Des Moines, IA 50306-0335
18939970        +William R Stanczak,    Attorney at Law PC,    216 Madison St,    Waukegan, IL 60085-8106

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19886695         E-mail/PDF: mrdiscen@discoverfinancial.com Jan 01 2015 01:01:39     Discover Bank,
                  DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
18939958        +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 01 2015 01:01:39     Discover Fin,
                  Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
18939965        +E-mail/Text: sdvorak@lakecountyil.gov Jan 01 2015 00:56:48     Lake County Treasurer,
                  18 N. County Street,    1st Floor, Room 102,    Waukegan, IL 60085-4304
19894901        +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 01 2015 01:02:25
                  PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                  Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2015                              Signature:   /s/Joseph Speetjens

```
District/off: 0752-1          User: dwilliams           Page 2 of 2              Date Rcvd: Dec 31, 2014
                              Form ID: pdf006           Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2014 at the address(es) listed below:

```
          E. Philip   Groben    on behalf of Trustee Joseph E Cohen pgroben@cohenandkrol.com,
           trotman@cohenandkrol.com;jneiman@cohenandkrol.com
          James T Magee    on behalf of Creditor Twyla   Khayat bankruptcy@mageenegele.com
          James T Magee    on behalf of Creditor Christian   Khayat bankruptcy@mageenegele.com
          Joseph E Cohen    jcohen@cohenandkrol.com,
           jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
           .com
          Joseph E Cohen    on behalf of Attorney    Cohen & Krol jcohen@cohenandkrol.com,
           jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
           .com
          Joseph E Cohen    on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com,
           jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
          Laura Dolores Frye    on behalf of Debtor Aleksandar   Dupor lauradfrye@att.net,
           garyfoley@hotmail.com
          Maria   Georgopoulos    on behalf of Creditor    Wells Fargo Bank, NA nd-three@il.cslegal.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 9
```