UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DUPOR, ALEKSANDAR | § | Case No. 12-20780 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 378,150.00                Assets Exempt: 9,150.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 2,732.86    Claims Discharged
                                              Without Payment: 203,728.97

Total Expenses of Administration: 3,267.14

---

3) Total gross receipts of $ 6,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 6,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 484,521.00 | $ 1,350,089.16 | $ 1,350,089.16 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,267.14 | 3,267.14 | 3,267.14 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 13,000.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 99,085.00 | 94,376.83 | 94,376.83 | 2,732.86 |
| **TOTAL DISBURSEMENTS** | $ 596,606.00 | $ 1,447,733.13 | $ 1,447,733.13 | $ 6,000.00 |

4)   This case was originally filed under chapter 7 on  05/22/2012 .  The case was pending for 39 months.

5)   All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/03/2015                     By:/s/JOSEPH E. COHEN
                                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Lawsuit - Complaintant in 10 CH 3037, Defendant i | 1129-000 | 6,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 6,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lake County Treasurer 18 N. County Street 1st Floor, Room 102 Waukegan, IL 60085 | | 16,000.00 | NA | NA | 0.00 |
| | Wells Fargo Bank Nv Na PO Box 31557 Billings, MT 59107 | | 75,569.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Hm Mortgag Po Box 10335 Des Moines, IA 50306 | | 392,952.00 | NA | NA | 0.00 |
| 000001 | NORSTATES BANK | 4110-000 | NA | 1,350,089.16 | 1,350,089.16 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 484,521.00 | $ 1,350,089.16 | $ 1,350,089.16 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | 2100-000 | NA | 1,350.00 | 1,350.00 | 1,350.00 |
| JOSEPH E. COHEN, TRUSTEE | 2200-000 | NA | 61.04 | 61.04 | 61.04 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 14.80 | 14.80 | 14.80 |
| ASSOCIATED BANK | 2600-000 | NA | 195.05 | 195.05 | 195.05 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | NA | 0.00 | 0.00 | 0.00 |
| COHEN & KROL, ATTORNEYS | 3110-000 | NA | 1,097.50 | 1,097.50 | 1,097.50 |
| JOSEPH E. COHEN, ATTORNEY | 3110-000 | NA | 548.75 | 548.75 | 548.75 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 3,267.14 | $ 3,267.14 | $ 3,267.14 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph St. Chicago, IL 60601 | | 13,000.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 13,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express American Express Special Research Po Box 981540 El Paso, TX 79998 | | 10,318.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America 4060 Ogletown/Stanton Rd Newark, DE 19713 | | 13,219.00 | NA | NA | 0.00 |
| | Bank Of America 4060 Ogletown/Stanton Rd Newark, DE 19713 | | 3,253.00 | NA | NA | 0.00 |
| | Chase 201 N. Walnut St//De1-1027 Wilmington, DE 19801 | | 7,767.00 | NA | NA | 0.00 |
| | Christian and Twyla Khayat 36938 Kimberwick Ln Wadsworth, IL 60083 | | 0.00 | NA | NA | 0.00 |
| | Churchill, Quinn, Richtman 2 S. Whitney PO Box 284 Grayslake, IL 60030 | | 0.00 | NA | NA | 0.00 |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | 13,260.00 | NA | NA | 0.00 |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | 5,296.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cohen & Krol Trustee Joseph Cohen 105 W Madison St Ste #1100 Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Discover Fin Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | 10,972.00 | NA | NA | 0.00 |
| | Foreman Friedman PC Attn: Elliot Wiczer 500 Skokie Blvd Ste 325 Northbrook, IL 60062 | | 0.00 | NA | NA | 0.00 |
| | Holland & Knight LLP 131 S Dearborn 30th Floor Chicago, IL 60603 | | 35,000.00 | NA | NA | 0.00 |
| | Kenneth H Johnson Atty at Law 566 W Lake Ste 310 Chicago, IL 60661 | | 0.00 | NA | NA | 0.00 |
| | Martha Tickes 33661 N Royal Oak Ln Apt 208 Grayslake, IL 60030 | | 0.00 | NA | NA | 0.00 |
| | Norstates Bank 1601 N Lewis Ave Waukegan, IL 60085 | | 0.00 | NA | NA | 0.00 |
| | William R Stanczak Attorney at Law PC 216 Madison St Waukegan, IL 60085 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | AMERICAN EXPRESS BANK, FSB | 7100-000 | NA | 10,318.88 | 10,318.88 | 298.81 |
| 000011 | CHRISTIAN KHAYA & TWYLA KHAYAT | 7100-000 | NA | 4,934.18 | 4,934.18 | 142.87 |
| 000002 | DISCOVER BANK | 7100-000 | NA | 11,007.78 | 11,007.78 | 318.75 |
| 000007 | FIA CARD SERVICES, N.A. | 7100-000 | NA | 13,219.95 | 13,219.95 | 382.81 |
| 000008 | FIA CARD SERVICES, N.A. | 7100-000 | NA | 3,253.46 | 3,253.46 | 94.21 |
| 000006 | FOREMAN FRIEDMAN PC | 7100-000 | NA | 16,322.78 | 16,322.78 | 472.66 |
| 000009B | ILLINOIS DEPT. OF REVENUE | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000003 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 12,857.93 | 12,857.93 | 372.32 |
| 000004 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 5,453.38 | 5,453.38 | 157.92 |
| 000005 | SYSCO CHICAGO, INC. | 7100-000 | NA | 17,008.49 | 17,008.49 | 492.51 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 99,085.00 | $ 94,376.83 | $ 94,376.83 | $ 2,732.86 |

Case 12-20780 Doc 47 Filed 08/17/15 Entered 08/17/15 14:18:18 Desc Main
Document Page 9 of 16

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-20780 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | DUPOR, ALEKSANDAR | Date Filed (f) or Converted (c): | 05/22/12 (f) |
| | | 341(a) Meeting Date: | 06/15/12 |
| For Period Ending: | 08/03/15 | Claims Bar Date: | 04/04/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 5691 Steeple Pointe, Gurnee IL 60031 Pur | 375,000.00 | 0.00 | | 0.00 | FA |
| 2. Baytree Financial - Business Account | 3,000.00 | 0.00 | | 0.00 | FA |
| 3. Baytree Financial - Personal Checking Account | 300.00 | 0.00 | | 0.00 | FA |
| 4. Furnishings and Appliances | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. DVDs, CDs, Books, Personal Pictures | 50.00 | 0.00 | | 0.00 | FA |
| 6. Clothes and Shoes | 100.00 | 0.00 | | 0.00 | FA |
| 7. Wedding Band | 300.00 | 0.00 | | 0.00 | FA |
| 8. Misc Sports Equipment | 50.00 | 0.00 | | 0.00 | FA |
| 9. 529 Plan for Minors | 5,000.00 | 0.00 | | 0.00 | FA |
| 10. 50% Ownership in D & D Auto Resort Properties, LLC | 1,000.00 | 0.00 | | 0.00 | FA |
| 11. Alek's Restaurant - Lake Bluff - 50% Interest | 1,000.00 | 0.00 | | 0.00 | FA |
| 12. Lawsuit - Complaintant in 10 CH 3037, Defendant i | 800,000.00 | 0.00 | | 6,000.00 | FA |

TOTALS (Excluding Unknown Values)     $1,187,300.00     $0.00     $6,000.00     Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

FINAL MEETING HELD AND WAITING FOR DISTRIBUTION CHECKS TO CLEAR - April 25, 2015. TFR HAS BEEN FILED WITH THE COURT AND A FINAL HEARING SET - Jan. 17, 2015. TRUSTEE IS INVESTIGATING VALUE OF DEBTORS BUSINESS AND POTENTIAL COUNTERCLAIM. HIS WIFE HAS FILED A COMPANION CASE. TRUSTEE IS NEGOTIATING FOR PURCHASE OF TRUSTEES RIGHT, TITLE AND INTEREST IN ASSETS. TRUSTEE HAS FILED MOTION TO APPROVE SALE OF ASSETS TO THIRD PARTY. SALE HAS BEEN APPROVED AND FUNDS PAID. STARTING PREP OF TFR AND NFR - April 30, 2014. NO CHANGE - July 17, 2014. Oct. 25, 2014.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 12-20780   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | DUPOR, ALEKSANDAR | Date Filed (f) or Converted (c): | 05/22/12 (f) |
| | | 341(a) Meeting Date: | 06/15/12 |
| | | Claims Bar Date: | 04/04/13 |

Initial Projected Date of Final Report (TFR): 05/31/14     Current Projected Date of Final Report (TFR): 06/30/14

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-20780 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | DUPOR, ALEKSANDAR | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2283  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4840 | | | |
| For Period Ending: | 08/03/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/21/12 | 12 | Christian & Twyla Khayat | Sale proceeds | 1129-000 | 6,000.00 | | 6,000.00 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.23 | 5,998.77 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.82 | 5,994.95 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,984.95 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Bond premium | 2300-000 | | 6.30 | 5,978.65 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,968.65 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,958.65 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,948.65 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,938.65 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,928.65 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,918.65 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,908.65 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,898.65 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,888.65 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,878.65 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,868.65 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,858.65 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,848.65 |
| 04/05/14 | 300002 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 8.50 | 5,840.15 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,830.15 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,820.15 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,810.15 |

Page Subtotals    6,000.00    189.85

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-20780 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | DUPOR, ALEKSANDAR | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2283 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4840 | | | |
| For Period Ending: | 08/03/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,800.15 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,790.15 |
| 01/12/15 | 300003 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Trustee Fees<br>Trustee Fees<br><br>Fees 1,350.00<br>Expenses 61.04 | <br><br><br>2100-000<br>2200-000 | | 1,411.04 | 4,379.11 |
| 01/12/15 | 300004 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 1,097.50 | 3,281.61 |
| 01/12/15 | 300005 | JOSEPH E. COHEN, Attorney<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 548.75 | 2,732.86 |
| * 01/12/15 | 300006 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Claim 000009A, Payment 100.00000% | 2820-003 | | 72.00 | 2,660.86 |
| 01/12/15 | 300007 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 2.80002% | 7100-000 | | 308.22 | 2,352.64 |
| 01/12/15 | 300008 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000003, Payment 2.80006% | 7100-000 | | 360.03 | 1,992.61 |
| 01/12/15 | 300009 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A. | Claim 000004, Payment 2.80010% | 7100-000 | | 152.70 | 1,839.91 |

Page Subtotals 0.00 3,970.24

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page: 3

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-20780 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | DUPOR, ALEKSANDAR | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2283 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4840 | | |
| For Period Ending: | 08/03/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/12/15 | 300010 | Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br>Sysco Chicago, Inc.<br>c/o Teller, Levit & Silvertrust<br>19 S. LaSalle - Suite 701<br>Chicago, Illinois 60603 | Claim 000005, Payment 2.80007% | 7100-000 | | 476.25 | 1,363.66 |
| 01/12/15 | 300011 | Foreman Friedman PC<br>Brian s Feldman, Foreman Friedman, PA<br>500 Skokie Blvd Ste 325<br>Northbrook, IL 60062 | Claim 000006, Payment 2.80007%<br>(6-1) Legal services performed<br>(6-1) modified on 1/23/13 to correct cerdiotr name(dg) | 7100-000 | | 457.05 | 906.61 |
| 01/12/15 | 300012 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Claim 000007, Payment 2.80001% | 7100-000 | | 370.16 | 536.45 |
| 01/12/15 | 300013 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Claim 000008, Payment 2.80010% | 7100-000 | | 91.10 | 445.35 |
| * 01/12/15 | 300014 | Illinois Dept. of Revenue<br>Bankruptcy Section<br>P. O. Box 64338<br>Chicago, IL 60664-0338 | Claim 000009B, Payment 2.80023% | 7100-003 | | 18.26 | 427.09 |
| 01/12/15 | 300015 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000010, Payment 2.80001%<br>(10-1) CREDIT CARD DEBT | 7100-000 | | 288.93 | 138.16 |
| 01/12/15 | 300016 | Christian Khaya & Twyla Khayat<br>Churchill, Quinn, Richtman and Hamilton | Claim 000011, Payment 2.80006%<br>(11-1) modified on 4/3/13 to | 7100-000 | | 138.16 | 0.00 |

Page Subtotals 0.00 1,839.91

Ver: 18.05

FORM 2     Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-20780 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | DUPOR, ALEKSANDAR | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******2283 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4840 |  |  |
| For Period Ending: | 08/03/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Pob 284<br>Grayslake IL 60030 | correct creditor address(dg) | | | | |
| * 04/28/15 | 300006 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Claim 000009A, Payment 100.00000% | 2820-003 | | -72.00 | 72.00 |
| * 04/28/15 | 300014 | Illinois Dept. of Revenue<br>Bankruptcy Section<br>P. O. Box 64338<br>Chicago, IL 60664-0338 | Claim 000009B, Payment 2.80023% | 7100-003 | | -18.26 | 90.26 |
| 04/28/15 | 300017 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 0.09566% | 7100-000 | | 10.53 | 79.73 |
| 04/28/15 | 300018 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000003, Payment 0.09558% | 7100-000 | | 12.29 | 67.44 |
| 04/28/15 | 300019 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000004, Payment 0.09572% | 7100-000 | | 5.22 | 62.22 |
| 04/28/15 | 300020 | Sysco Chicago, Inc.<br>c/o Teller, Levit & Silvertrust<br>19 S. LaSalle - Suite 701<br>Chicago, Illinois 60603 | Claim 000005, Payment 0.09560% | 7100-000 | | 16.26 | 45.96 |
| | | | Page Subtotals | | 0.00 | -45.96 | |

Ver: 18.05

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| Case No: | 12-20780 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | DUPOR, ALEKSANDAR | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2283 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4840 | | |
| For Period Ending: | 08/03/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/28/15 | 300021 | Foreman Friedman PC<br>Brian s Feldman, Foreman Friedman, PA<br>500 Skokie Blvd Ste 325<br>Northbrook, IL 60062 | Claim 000006, Payment 0.09563%<br>(6-1) Legal services<br>performed<br>(6-1) modified on 1/23/13 to correct cerdiotr<br>name(dg) | 7100-000 | | 15.61 | 30.35 |
| 04/28/15 | 300022 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Claim 000007, Payment 0.09569% | 7100-000 | | 12.65 | 17.70 |
| 04/28/15 | 300023 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Claim 000008, Payment 0.09559% | 7100-000 | | 3.11 | 14.59 |
| 04/28/15 | 300024 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000010, Payment 0.09575%<br>(10-1) CREDIT CARD DEBT | 7100-000 | | 9.88 | 4.71 |
| 04/28/15 | 300025 | Christian Khaya & Twyla Khayat<br>Churchill, Quinn, Richtman and Hamilton<br>Pob 284<br>Grayslake IL 60030 | Claim 000011, Payment 0.09546%<br>(11-1) modified on 4/3/13 to<br>correct creditor address(dg) | 7100-000 | | 4.71 | 0.00 |

Page Subtotals       0.00       45.96

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*

FORM 2 Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD** Exhibit 9

| | |
|---|---|
| Case No: | 12-20780 -ABG |
| Case Name: | DUPOR, ALEKSANDAR |
| Taxpayer ID No: | *******4840 |
| For Period Ending: | 08/03/15 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2283  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 6,000.00 | 6,000.00 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 6,000.00 | 6,000.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 6,000.00 | 6,000.00 | |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | TOTAL - ALL ACCOUNTS | | | | |
| | | | Checking Account (Non-Interest Earn - *******2283 | | 6,000.00 | 6,000.00 | 0.00 |
| | | | | | 6,000.00 | 6,000.00 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 16)*